January 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROGELIO RAMIREZ, Appellant

NO. 14-11-00748-CR　　　　　　　V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.